IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ROBERT K. SANTANA,  )  CV NO. 16-00367 ACK-KJM
 )
 Plaintiff,  )
 )
 vs.  )
 )
NANCY A. BERRYHILL, Acting  )
Commissioner of Social Security  )
Administration,  )
 )
 Defendant.  )
_____  )


ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on August 31, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Grant in Part and Deny in Part Plaintiff's Motion for

Attorneys' Fees", ECF No. 28, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 21, 2017.



_____
Alan C. Kay
Sr. United States District Judge

Santana v. Berryhill, Civ. No. 16-00367 ACK-KJM, Order Adopting Magistrate Judge's Findings and Recommendation.